**FILED UNDER SEAL**

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## AMENDED PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Jesus Hernandez-Alonso**

Case Number: **2:22CR00232**

Name of Sentencing Judicial Officer: **Honorable Cristina D. Silva**

Date of Original Sentence: **December 15, 2022**

Original Offense: **Deported Alien Found in the United States**

Original Sentence: **Time Served, followed by 36 Months TSR.**

Date Supervision Commenced: **December 15, 2022**

Name of Assigned Judicial Officer: **Honorable Cristina D. Silva**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Deportation Compliance** – If you are ordered deported from the United States, you must remain outside the United States, unless legally authorized to re-enter. If you re-enter the United States, you must report to the nearest probation office within 72 hours after you return.

    On or about January 18, 2024, Las Vegas Metropolitan Police Department (LVMPD) arrested Hernandez- Alonzo on charges of False Statement to Obstruct Public Officer, Theft, Battery Domestic Violence by Strangulation, Break/ Injure/Tamper with Motor Vehicle, and Driving Under the Influence. Hernandez-Alonso, who had been previously deported and removed from the United States on or about December 28, 2022, was found in the United States without the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326 (a).

RE: Jesus Hernandez-Alonso

Prob12C
D/NV Form
Rev. March 2017

2. **Shall Not Commit Crime** - The defendant shall not commit another federal state or local crime.

On or about January 18, 2024, Las Vegas Metropolitan Police Department (LVMPD) arrested Hernandez- Alonzo on charges of False Statement to Obstruct Public Officer, Theft, Battery Domestic Violence by Strangulation, Break/ Injure/Tamper with Motor Vehicle, and Driving Under the Influence.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **March 1, 2024**

Digitally signed by Deleyna Joseph
Date: 2024.03.13 07:23:03 -07'00'

Deleyna Joseph
United States Probation Officer

Approved:

Digitally signed by Brian Blevin
Date: 2024.03.12 17:00:27 -07'00'

Brian Blevins
Supervisory United States Probation Officer

RE: **Jesus Hernandez-Alonso**

Prob12C
D/NV Form
Rev. March 2017

---

## THE COURT ORDERS

☐ No Action.
☒ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other:

This order amends the court's March 5, 2024 order (ECF No. 25) by correcting a clerical error on page 1, at paragraph 2. Hernandez-Alonzo was previously deported and removed from the United States on or about December 28, 2022, not March 4, 2022. The arrest warrant issued on March 8, 2024 remains in effect. ECF No. 26.

_____
Signature of Judicial Officer

March 13, 2024
Date

RE: Jesus Hernandez-Alonso

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. JESUS HERNANDEZ-ALONSO, 2:22CR00232

---

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### March 1, 2024

---

On December 15, 2022, Your Honor sentenced Hernandez-Alonso to time served followed by 36 months of supervised release for committing the offense of Deported Alien Found in the United States. Hernandez- Alonso was deported and removed from the United States on December 28, 2022.

On or about January 18, 2024, Las Vegas Metropolitan Police Department (LVMPD) arrested Hernandez-Alonzo on charges of False Statement to Obstruct Public Officer, Theft, Battery Domestic Violence by Strangulation, Break, Injure, Tamper with Motor Vehicle, and Driving Under the Influence. It should be noted that these charges are still pending with the exception of the Driving Under the Influence charge, in which on January 23, 2024, Las Vegas Justice Court convicted Hernandez-Alonso under case number 22-CR-040801 and sentenced him to 30 days jail (suspended).

Hernandez-Alonso was previously deported and removed from the United States on December 28, 2022, but was found in the United States on or about January 18, 2024, without the express consent of the Attorney General or the Secretary of Homeland Security, after he was previously excluded, deported, and removed from the United States; all in violation of Title 8, United States Code, Section 1326 (a), a felony.

Hernandez-Alonso is not new to the criminal justice system. In addition to his 2022 federal case he has three (3) other removals from the United States as well as the following convictions:

Illegal entry (2008)
Battery (2011)
DUI (2013)
Prohibited Parking (2016)
Prohibited Parking (2018)
Reckless Driving (2018)
Re-Entry of a Removed Alien (2018)
Alien Present without Admission or Parole (2018)
DUI Alcohol and/or Controlled Prohibited Substance (2022)
Drive with Revoked Driver's License (2022)
Fail to Drive on Right Half of Roadway (2022)

RE: Jesus Hernandez-Alonso

Prob12C
D/NV Form
Rev. March 2017

For these reasons above, the undersigned respectfully requests a warrant be issued to initiate revocation proceedings.

Respectfully submitted,

Digitally signed by
Deleyna Joseph
Date: 2024.03.13
07:28:32 -07'00'

_____
Deleyna Joseph
United States Probation Officer

Approved:

Digitally signed by
Brian Blevin
Date: 2024.03.12
17:00:49 -07'00'

_____
Brian Blevins
Supervisory United States Probation Officer